IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

UNITED STATES OF AMERICA
Plaintiff,

Case No. 21-cv-44-bbc

v.

ORLANDO LARRY
Defendant.

U.S.C.A. – 7th Circuit
RECEIVED
FEB 05 2021 LEJ

NOTICE OF APPEAL

Notice is hereby given that Orlando Larry, defendant in the above entitled matter, appeals to the United States Court of Appeals for the Seventh Circuit from the district courts order that his Rule 60(b) motion was a successive collateral attack under 28 U.S.C. § 2255, and that it lacked authority to entertain the Rule 60(b) motion, entered on January 22, 2021.

Dated: February 1, 2021.

Orlando Larry #08452-090
Orlando Larry
Federal Correctional Inst., Gilmer
P.O. Box 6000
Glenville, WV. 26351

Orlando Larry #08458-090
Federal Correctional Institution, Gilmer
P.O. Box 6000
Glenville, WV. 26351

"LEGAL LEGAL MAIL"

United States Court of Appeals
For the Seventh Circuit
219 South Dearborn Street
Chicago, IL. 60604

